**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DORITA CLAY** | ) | |
| | ) | |
|     **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO. 17-398-CG-MU** |
| | ) | |
| **WELLS FARGO BANK, et al.,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

### ORDER

After due and proper consideration of all portions of this filed deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 13, 2017 is **ADOPTED** as the opinion of this Court.

Accordingly, it is hereby **ORDERED** that the motion to remand (Doc. 7) is **GRANTED**, and that this case be **REMANDED** to the Circuit Court of Dallas County, Alabama, from whence it came.

**DONE and ORDERED** this 28th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE